FILED: June 20, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1228 (L)
(6:24-cv-00041-NKM-CKM)

_____

ELLENOR ZINSKI

        Plaintiff - Appellee

v.

LIBERTY UNIVERSITY, INC.

        Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Joint appendix due: 08/01/2025

Opening brief due: 08/01/2025

Response brief due: 09/02/2025

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk