FILED: September 11, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1228 (L)
(6:24-cv-00041-NKM-CKM)

_____

ELLENOR ZINSKI

        Plaintiff - Appellee

v.

LIBERTY UNIVERSITY, INC.

        Defendant - Appellant

------------------------------

THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS; NATIONAL ASSOCIATION OF EVANGELICALS; THE LUTHERAN CHURCH-MISSOURI SYNOD; THE ETHICS & RELIGIOUS LIBERTY COMMISSION OF THE SOUTHERN BAPTIST CONVENTION; JEWISH COALITION FOR RELIGIOUS LIBERTY; PROFESSOR STEPHANIE BARCLAY, Professor of Law at Georgetown Law School; PROFESSOR ROBERT F. COCHRAN, Professor Emeritus at the Caruso School of Law at Pepperdine University; PROFESSOR DAVID F. FORTE, Emeritus Professor of Law at Cleveland State University; PROFESSOR RICHARD GARNETT, Paul J. Schierl/Fort Howard Corporation Professor of Law at the University of Notre Dame Law School; PROFESSOR DOUGLAS LAYCOCK, the Robert E. Scott Distinguished Professor Emeritus at the University of Virginia School of Law and the Alice McKean Young Regents Chair Emeritus at the University of Texas School of Law; PROFESSOR MICHAEL W. MCCONNELL, the Richard and Frances Mallery Professor at Stanford Law School; PROFESSOR ROBERT J. PUSHAW, the James Wilson Endowed Professor of Law at the Caruso School of Law at Pepperdine University; THE CARDINAL NEWMAN SOCIETY; THE ASSOCIATION OF CHRISTIAN SCHOOLS INTERNATIONAL; THE AMERICAN ASSOCIATION OF CHRISTIAN SCHOOLS; THE ASSOCIATION OF CLASSICAL CHRISTIAN SCHOOLS; THE

ASSOCIATION FOR BIBLICAL HIGHER EDUCATION; THE INTERNATIONAL ALLIANCE FOR CHRISTIAN EDUCATION; BRIGHAM YOUNG UNIVERSITY; BRIGHAM YOUNG UNIVERSITY-HAWAII; BRIGHAM YOUNG UNIVERSITY-IDAHO; ENSIGN COLLEGE; COUNCIL FOR CHRISTIAN COLLEGES & UNIVERSITIES; THE ASSOCIATION FOR BIBLICAL HIGHER EDUCATION; EIGHT RELIGIOUS COLLEGES AND UNIVERSITIES

    Amici Supporting Appellant

METROPOLITAN WASHINGTON EMPLOYMENT LAWYERS ASSOCIATION; NATIONAL EMPLOYMENT LAWYERS ASSOCIATION; AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE; BEND THE ARC; A JEWISH PARTNERSHIP FOR JUSTICE; DIGNITYUSA; GLOBAL JUSTICE INSTITUTE, METROPOLITAN COMMUNITY CHURCHES; KESHET; SADHANA; COALITION OF PROGRESSIVE HINDUS

    Amici Supporting Appellee

---

O R D E R

---

A Jewish Partnership for Justice, Americans United for Separation of Church and State, Bend the Arc, Coalition of Progressive Hindus, DignityUSA, Global Justice Institute, Metropolitan Community Churches, Keshet and Sadhana have filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

       For the Court--By Direction

       /s/ Nwamaka Anowi, Clerk