UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
RESPONSE – SIMILAR CASES

Appeal No. & Caption: 25-1228: Zinski v. Liberty University

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> Doe v. Catholic Relief Services, 4th Cir. No. 25-1569 (also presents question of Title VII's application to employer asserting religious defenses of ecclesiastical abstention doctrine, Religious Freedom Restoration Act, and Title VII ss. 702 and 703).

Signature: /s/ David C. Kravitz   Counsel for: Amici curiae Massachusetts, et a

Date: 10/28/2025

**File using event:** RESPONSE/ANSWER (to Similar Case notice)