# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# RESPONSE – SIMILAR CASES

Appeal No. & Caption: __No. 25-1228, Zinski v. Liberty University, Inc.__

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☒ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> Does v. Catholic Relief Services, No. 25-1569, raises similar issues to the current appeal. While that case does raise similar contentions under Title VII, the Religious Freedom Restoration Act, and church autonomy/ecclesiastical abstention doctrines; the First Amendment defense that Title VII is neither neural nor generally applicable is not present in the current appeal.
> By Order of this Court on October 2, 2025 (No. 25-1569, Doc. 72), all proceedings in have been stayed and suspended pending further order of the Court.

Signature: __/s/ Daniel J. Schmid__   Counsel for: __Defendant-Appellant Liberty University, Inc.__

Date: __10/28/2025__

**File using event:** RESPONSE/ANSWER (to Similar Case notice)