FILED: September 16, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-1228 (L)
(6:24-cv-00041-NKM-CKM)

---

ELLENOR ZINSKI

Plaintiff - Appellee

v.

LIBERTY UNIVERSITY, INC.

Defendant - Appellant

------------------------------

THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS; NATIONAL ASSOCIATION OF EVANGELICALS; THE LUTHERAN CHURCH-MISSOURI SYNOD; THE ETHICS & RELIGIOUS LIBERTY COMMISSION OF THE SOUTHERN BAPTIST CONVENTION; JEWISH COALITION FOR RELIGIOUS LIBERTY; PROFESSOR STEPHANIE BARCLAY, Professor of Law at Georgetown Law School; PROFESSOR ROBERT F. COCHRAN, Professor Emeritus at the Caruso School of Law at Pepperdine University; PROFESSOR DAVID F. FORTE, Emeritus Professor of Law at Cleveland State University; PROFESSOR RICHARD GARNETT, Paul J. Schierl/Fort Howard Corporation Professor of Law at the University of Notre Dame Law School; PROFESSOR DOUGLAS LAYCOCK, the Robert E. Scott Distinguished Professor Emeritus at the University of Virginia School of Law and the Alice McKean Young Regents Chair Emeritus at the University of Texas School of Law; PROFESSOR MICHAEL W. MCCONNELL, the Richard and Frances Mallery Professor at Stanford Law School; PROFESSOR ROBERT J. PUSHAW, the James Wilson Endowed Professor of Law at the Caruso School of Law at Pepperdine University; THE CARDINAL NEWMAN SOCIETY; THE ASSOCIATION OF CHRISTIAN SCHOOLS INTERNATIONAL; THE AMERICAN ASSOCIATION OF CHRISTIAN SCHOOLS; THE ASSOCIATION OF CLASSICAL CHRISTIAN SCHOOLS; THE

ASSOCIATION FOR BIBLICAL HIGHER EDUCATION; THE INTERNATIONAL ALLIANCE FOR CHRISTIAN EDUCATION; BRIGHAM YOUNG UNIVERSITY; BRIGHAM YOUNG UNIVERSITY-HAWAII; BRIGHAM YOUNG UNIVERSITY-IDAHO; ENSIGN COLLEGE; COUNCIL FOR CHRISTIAN COLLEGES & UNIVERSITIES; THE ASSOCIATION FOR BIBLICAL HIGHER EDUCATION; EIGHT RELIGIOUS COLLEGES AND UNIVERSITIES

Amici Supporting Appellant

METROPOLITAN WASHINGTON EMPLOYMENT LAWYERS ASSOCIATION; NATIONAL EMPLOYMENT LAWYERS ASSOCIATION; AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE; BEND THE ARC; A JEWISH PARTNERSHIP FOR JUSTICE; DIGNITYUSA; GLOBAL JUSTICE INSTITUTE, METROPOLITAN COMMUNITY CHURCHES; KESHET; SADHANA; COALITION OF PROGRESSIVE HINDUS; MASSACHUSETTS; CALIFORNIA; COLORADO; CONNECTICUT; DELAWARE; DISTRICT OF COLUMBIA; HAWAII; ILLINOIS; MAINE; MARYLAND; MICHIGAN; MINNESOTA; NEVADA; NEW JERSEY; NEW YORK; OREGON; RHODE ISLAND; VERMONT; WASHINGTON; WISCONSIN

Amici Supporting Appellee

---

## O R D E R

---

The court grants counsels' motions to withdraw from further representation.

Entered at the direction of the panel: Judge Wynn, Judge Quattlebaum, and Senior Judge Floyd.

For the Court

/s/ Nwamaka Anowi, Clerk